UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VERNON W. HILL, II, SHIRLEY HILL, and
INTERARCH, INC., a New Jersey Corporation,

   Plaintiffs,

vs.

DENNIS M. DIFLORIO, JACK R. BERSHAD,
DONALD T. DIFRANCESCO, ROBERT D.
FALESE, MORTON N. KERR, JOSEPH
BUCKELEW, JOHN K. LLOYD, GEORGE E.
NORCROSS, III, DANIEL J. RAGONE,
WILLIAM A. SCHWARTZ, JR., and JOSEPH
S. VASSALLUZZO, in their official and
personal capacities, as Members of the Board of
Directors and/or Officers of Commerce Bancorp,
Inc., SCOTT HITE, COMMERCE BANCORP,
INC., a New Jersey Corporation, and
COMMERCE BANK, N.A., a Pennsylvania
Corporation,

   Defendants.

: Civil Action No. _____

## Certificate Required By Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the District of Columbia

I, the undersigned, counsel of record for InterArch, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of InterArch, Inc., which have any outstanding securities in the hands of the public. There is no parent corporation of InterArch or any publicly held corporation that owns 10% or more of its stock.

This representation is made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
F. Joseph Warin (D.C. Bar No. 235978)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 995-8500

Attorneys for Plaintiffs Shirley Hill and InterArch, Inc.

Dated: January 14, 2008