**United States District Court for the District of Columbia**

| | |
|---|---|
| VERNON W. HILL, II, SHIRLEY HILL, and INTERARCH, INC., a New Jersey Corporation, | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) Civil Action No. 1:08-cv-00059 ) |
| DENNIS M. DIFLORIO, JACK R. BERSHAD, DONALD T. DIFRANCESCO, ROBERT D. FALESE, MORTON N. KERR, JOSEPH BUCKELEW, JOHN K. LLOYD, GEORGE E. NORCROSS, III, DANIEL J. RAGONE, WILLIAM A. SCHWARTZ, JR., and JOSEPH S. VASSALLUZZO, in their official and personal capacities, as Members of the Board of Directors and/or Officers of Commerce Bancorp, Inc., SCOTT HITE, COMMERCE BANCORP, INC., a New Jersey Corporation, and COMMERCE BANK, N.A., a Pennsylvania Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that true and correct copies of this Certificate of Service and the following documents were deposited in the U.S. Mail on February 6, 2008, for delivery to Richard M. Alexander, Esq., counsel for Defendants, at Arnold & Porter LLP, 555 Twelfth Street, N.W., Washington, DC 20004:

- Waiver of the Service of Summons (executed on behalf of Dennis M. DiFlorio)

- Waiver of the Service of Summons (executed on behalf of Jack R. Bershad)

- Waiver of the Service of Summons (executed on behalf of Donald T. DiFrancesco)

- Waiver of the Service of Summons (executed on behalf of Robert D. Falese)

- Waiver of the Service of Summons (executed on behalf of Morton N. Kerr)

- Waiver of the Service of Summons (executed on behalf of Joseph Buckelew)

- Waiver of the Service of Summons (executed on behalf of John K. Lloyd)

- Waiver of the Service of Summons (executed on behalf of George E. Norcross, III)

- Waiver of the Service of Summons (executed on behalf of Daniel J. Ragone)

- Waiver of the Service of Summons (executed on behalf of William A. Schwartz, Jr.)

- Waiver of the Service of Summons (executed on behalf of Joseph S. Vassalluzzo)

- Waiver of the Service of Summons (executed on behalf of Scott Hite)

- Waiver of the Service of Summons (executed on behalf of Commerce Bancorp, Inc.)

- Waiver of the Service of Summons (executed on behalf of Commerce Bank, N.A.)

Joseph L. Barloon
Counsel for Plaintiff Vernon W. Hill, II
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Tel: (202) 371-7322