UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VERNON W. HILL, II, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 08-cv-59 (RBW) |
| DENNIS M. DIFLORIO, et al., | ) ) ) | |
| Defendants. | ) ) | |

## ENTRY OF APPEARANCE OF JOSEPH J. REILLY

To the Clerk of this Court:

      Please enter the appearance of Joseph J. Reilly as counsel in this action for all defendants other than Jack R. Bershad.

Dated: Washington, D.C.
       March 24, 2008

                                                Respectfully submitted,

                                                /s/
                                      Joseph J. Reilly (D.C. Bar No. 480824)
                                      SULLIVAN & CROMWELL LLP
                                      1701 Pennsylvania Avenue, N.W.
                                      Washington, DC  20006-5085
                                      Tel.: (202) 956-7500
                                      Fax:  (202) 956-6330