**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VERNON W. HILL, II, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  08-cv-59 (RBW) |
| | ) | |
| DENNIS M. DIFLORIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Certificate Required by Local Civil Rule 7.1**

I, the undersigned counsel of record for Commerce Bancorp, Inc. and Commerce Bank, N.A., in accordance with Rule 7.1 of the Local Rules of the U.S. District Court for the District of Columbia, certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of Commerce Bancorp, Inc. have any outstanding securities in the hands of the public.

Commerce Bank, N.A. is a wholly owned subsidiary of Commerce Bancorp, Inc.

These representations are made in order that judges of this Court may

determine the need for recusal.

Dated:  Washington, D.C.
      March 24, 2008

                                   Respectfully submitted,

Penny Shane                                     /s/
SULLIVAN & CROMWELL LLP      Margaret K. Pfeiffer (D.C. Bar No. 358723)
125 Broad Street                     Joseph J. Reilly (D.C. Bar No. 480824)
New York, New York 10004      SULLIVAN & CROMWELL LLP
Tel.:  (212) 558-4000               1701 Pennsylvania Avenue, N.W.
Fax:  (212) 558-3588              Washington, DC  20006-5085
                                    Tel.: (202) 956-7500
                                    Fax:  (202) 956-6330

                                    Warren W. Faulk
                                    William M. Tambussi
                                    BROWN & CONNERY, LLP
                                    360 Haddon Avenue, P.O. Box 539
                                    Westmont, New Jersey 08108
                                    Tel.: (856) 854-8900
                                    Fax: (856) 858-4967