# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VERNON W. HILL, II, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 08-cv-59 (RBW) |
| DENNIS M. DIFLORIO, et al., | ) | |
| Defendants. | ) | |

## MOTION FOR THE *PRO HAC VICE* ADMISSION OF PENNY SHANE

I, Joseph J. Reilly, hereby move pursuant to Local Rule 83.2(d) of the Local Rules of the U.S. District Court for the District of Columbia for the *pro hac vice* admission of Penny Shane. Attached to this motion is a declaration of Ms. Shane, executed in conformance with Local Rule 83.2(d).

Respectfully submitted,

/s/
_____
Joseph J. Reilly (D.C. Bar No. 480824)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006-5085
Tel.: (202) 956-7500
Fax: (202) 956-6330

Dated:    Washington, D.C.
          March 24, 2008

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VERNON W. HILL, II, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 08-CV-59 (RBW) |
| | ) | |
| DENNIS M. DIFLORIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF PENNY SHANE
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

PENNY SHANE, under penalty of perjury, declares:

1.    I am an attorney at law of the State of New York and a member of the law firm of Sullivan & Cromwell LLP.

2.    I submit this declaration in support of a motion under Local Rule 83.2(d) to permit me to appear *pro hac vice* as counsel for defendants in this action.

3.    My office address and telephone number are:

> 125 Broad Street
> New York, NY 10004-2498
> (212) 558-4000

4.    Since 1989, I have been a member in good standing of the bar of the courts of the State of New York. I also have been admitted to the following bars on the following dates:

| Jurisdiction | Year Admitted |
|---|---|
| United States District Court for the Southern District of New York | 1990 |
| United States Court of Appeals for the Second Circuit | 1992 |
| United States District Court for the Eastern District of New York | 1994 |
| United States Court of Appeals for the District of Columbia Circuit | 1997 |
| United States District Court for the Western District of New York | 2000 |
| Supreme Court of the United States | 2003 |
| United States District Court for the Northern District of New York | 2007 |

5.      I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6.      I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008 at New York, New York.

Penny Shane

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VERNON W. HILL, II, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>DENNIS M. DIFLORIO, et al., )<br><br>Defendants. ) | Case No.  08-cv-59 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for the *Pro Hac Vice* Admission of Penny

Shane, it is hereby this _____ day of _____, _____,

**ORDERED** that the Motion be, and hereby is, **GRANTED**.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge

## CERTIFICATE OF SERVICE

I, Patrice A. Rouse, hereby certify that I have, this 24th day of March,

2008, caused the foregoing Motion of Certain Defendants to Dismiss or Transfer Venue

and copies of the following documents:

1.    Certain Defendants' Memorandum of Points and Authorities in Support of their Motion to Dismiss or Transfer Venue;

2.    (Proposed) Order Granting Motion of Certain Defendants to Dismiss or Transfer Venue;

3.    Entry of Appearance of Joseph J. Reilly;

4.    Motion for the *Pro Hac Vice* Admission of Penny Shane;

5.    (Proposed) Order Granting Motion for the *Pro Hac Vice* Admission of Penny Shane; and

6.    Certificate Required by Local Civil Rule 7.1

to be served via first class mail upon:

Jack R. Bershad
Commerce Atrium
1701 Route 70 East
Cherry Hill, NJ 08034

Patrice A. Rouse