## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VERNON W. HILL, II, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Case No. 08-cv-59 (RBW) |
|  | ) |
| DENNIS M. DIFLORIO, et al., | ) |
|  | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE OF MARGARET K. PFEIFFER

To the Clerk of this Court:

      Please enter the appearance of Margaret K. Pfeiffer as counsel in this action for all defendants other than Jack R. Bershad.

Dated: Washington, D.C.
       March 25, 2008

                                                    Respectfully submitted,

                                                     /s/
                                       Margaret K. Pfeiffer (D.C. Bar No. 358723)
                                       SULLIVAN & CROMWELL LLP
                                       1701 Pennsylvania Avenue, N.W.
                                       Washington, DC  20006-5085
                                       Tel.: (202) 956-7500
                                       Fax:  (202) 956-6330