UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VERNON W. HILL, II, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-59 (RBW) |
| ) | |
| DENNIS M. DIFLORIO, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR THE *PRO HAC VICE* ADMISSION OF WILLIAM M. TAMBUSSI

I, Margaret K. Pfeiffer, hereby move pursuant to Local Rule 83.2(d) of the Local Rules of the U.S. District Court for the District of Columbia for the *pro hac vice* admission of William M. Tambussi. Attached to this motion is a declaration of Mr. Tambussi, executed in conformance with Local Rule 83.2(d).

Respectfully submitted,

/s/
Margaret K. Pfeiffer (D.C. Bar No. 358723)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006-5085
Tel.: (202) 956-7500
Fax: (202) 956-6330

Dated:   Washington, D.C.
         March 31, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON W. HILL, II, et al.,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> DENNIS M. DIFLORIO, et al.,  ) <br> ) <br> Defendant.  ) <br> ) | Case No.: 08-cv-00059 (RBW) |

**DECLARATION OF WILLIAM M. TAMBUSSI
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

WILLIAM M. TAMBUSSI, under penalty of perjury, declares:

1. I am an attorney at law of the State of New Jersey and a member of the law firm of Brown & Connery, LLP.

2. I submit this declaration in support of a motion under Local Rule 83.2(d) to permit me to appear *pro hac vice* as counsel for defendants in this action.

3. My office address and telephone number are:

   360 Haddon Avenue
   Westmont, New Jersey 0810
   (856) 854-8900

4. Since 1983, I have been a member in good standing of the bar of the court of the State of New Jersey. I also have been admitted to the following bars on the following dates:

| Jurisdiction | Year Admitted |
|---|---|
| United States District Court for the District of New Jersey | 1983 |
| United States District Court of Appeals for the Third Circuit | 1986 |
| United States Supreme Court | 1991 |

5. I certify that no disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2008 at Westmont, New Jersey.

_____
William M. Tambussi

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VERNON W. HILL, II, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08-cv-59 (RBW) |
| DENNIS M. DIFLORIO, et al., | ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion for the *Pro Hac Vice* Admission of William M. Tambussi, it is hereby this _____ day of _____, _____,

**ORDERED** that the Motion be, and hereby is, **GRANTED**.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I, Joseph J. Reilly, hereby certify that I have, this 31st day of March, 2008, caused the foregoing Motion for the *Pro Hac Vice* Admission of William M. Tambussi and (Proposed) Order Granting Motion for the *Pro Hac Vice* Admission of William M. Tambussi to be served via first class mail upon:

>Jack R. Bershad
>Commerce Atrium
>1701 Route 70 East
>Cherry Hill, NJ 08034

_____
Joseph J. Reilly