# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON W. HILL, II, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 1:08-cv-00059 (RBW) |
| | ) |
| DENNIS M. DIFLORIO, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS OR TRANSFER VENUE

The plaintiffs, by and through their counsel of record, hereby submit this Motion for Enlargement of Time to File Opposition to Motion to Dismiss or Transfer Venue.

On January 14, 2008, the plaintiffs filed a Complaint raising 13 claims – including breach of contract, various state law torts, copyright infringement, and violation of the plaintiffs' constitutional rights pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) – against the defendants. There are 17 parties in this action, which includes both corporate and individual plaintiffs and defendants. Pursuant to an agreement with the plaintiffs, the defendants had until March 24, 2008 – 70 days after the filing of the Complaint – to file their response.

On March 24, all defendants except Jack Bershad (the "Moving Defendants") filed a Motion to Dismiss or Transfer Venue. The motion raises a number of issues on behalf of different defendants including, without limitation, venue, personal jurisdiction, an alleged arbitration mandate, various provisions in multiple contracts, the elements of any *Bivens* cause of action, and certain Copyright issues.

Under Local Civil Rule 7(b), the plaintiffs' brief in opposition to the Motion to Dismiss or Transfer Venue would be due on April 4, 2008. In light of the number of the issues raised in the Motion to Dismiss or Transfer Venue, as well as the number of parties and claims, the plaintiffs request that they be given 60 days from the date of the filing of the Motion to Dismiss or Transfer Venue – *i.e.*, until May 23, 2008 – to file a brief in opposition to the motion. Likewise, the plaintiffs suggest that the Moving Defendants be provided 30 days after plaintiffs file their brief in opposition to the Motion to Dismiss or Transfer Venue in which to file a reply brief.

No previous deadline extension has been requested by or granted to any party in this matter. The granting of this motion will have no effect on previously scheduled deadlines, because there are no previously scheduled deadlines in this case. Pursuant to Local Civil Rule 7(m), the plaintiffs have conferred with counsel for the Moving Defendants regarding this motion, and counsel for the Moving Defendants have stated that they do not object to this motion.

Respectfully submitted,

Andrew L. Sandler (D.C. Bar No. 387825)
Edward J. Meehan (D.C. Bar No. 413993)
Joseph L. Barloon (D.C. Bar No. 459626)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000
Attorneys for Plaintiff Vernon W. Hill, II

F. Joseph Warin (D.C. Bar No. 235978)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 995-8500
Attorney for Plaintiffs Shirley Hill and
InterArch, Inc.

Dated:  March 31, 2008

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following documents were deposited in the U.S. Mail on March 31, 2008, for delivery to Richard M. Alexander, Esq., at Arnold & Porter LLP, 555 Twelfth Street, N.W., Washington, DC 20004, counsel for Defendant Jack R. Bershad; Defendant Jack R. Bershad, Commerce Atrium, 1701 Route 70 East, Cherry Hill, NJ 08034; and Penny Shane, Esq., at Sullivan & Cromwell LLP, 125 Broad Street, New York, NY, 10004-2498, counsel for the Moving Defendants:

- Motion for Enlargement of Time to File Opposition to Motion to Dismiss or Transfer Venue

- [Proposed] Order Granting Motion for Enlargement of Time to File Opposition to Motion to Dismiss or Transfer Venue

Joseph L. Barloon
Counsel for Plaintiff Vernon W. Hill, II
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Tel: (202) 371-7322

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

VERNON W. HILL, II,  et al.,                  )
                                              )
        Plaintiffs,                       )
                                              )
vs.                                           )  Civil Action No. 1:08-cv-00059 (RBW)
                                              )
DENNIS M. DIFLORIO, et al.,                   )
                                              )
Defendants.                                   )

### [PROPOSED] ORDER

      Upon consideration of Plaintiffs' Unopposed Motion for Enlargement of Time to File Opposition to the Motion to Dismiss or Transfer Venue in the above captioned matter and for good cause shown:

      Plaintiffs' Unopposed for Enlargement of Time to File Opposition to the Motion to Dismiss or Transfer Venue is hereby **GRANTED**.  The plaintiffs' opposition to the Motion to Dismiss or Transfer Venue shall be filed on or before May 23, 2008.  The defendants' reply shall be filed within 30 days after the filing of plaintiffs' opposition brief.

      It is so **ORDERED**.


Date: _____, 2008

                              _____
                                REGGIE B. WALTON
                                United States District Judge