## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VERNON W. HILL, II, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 08-cv-59 (RBW)** |
| | ) | |
| **DENNIS M. DIFLORIO, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of Record:

Please enter the appearance of Brian A. Coleman as counsel in this case for Defendant Jack R. Bershad.

Dated: April 14, 2008

DRINKER BIDDLE & REATH LLP


By: /s/ Brian A. Coleman
    Brian A. Coleman (D.C. Bar No. 459201)
    1500 K Street, N.W., Suite 1100
    Washington, D.C. 20005
    (202) 842-8800 Telephone
    (202) 842-8465 Facsimile
    brian.coleman@dbr.com

    *Counsel for Defendant Jack R. Bershad*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of April, 2008, a copy of the above and foregoing

**Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system,

which sent notification of such filing to all parties and counsel in this case.



<u>/s/  Brian A. Coleman</u>