IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON W. HILL, II, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-59 (RBW) |
| ) | |
| DENNIS M. DIFLORIO, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT JACK R. BERSHAD'S NOTICE OF JOINDER
IN MOTION TO DISMISS OR TRANSFER VENUE**

Defendant Jack R. Bershad hereby joins in the Motion of Certain Defendants to Dismiss or Transfer Venue and Memorandum of Points and Authorities in Support thereof [Dkt. No. 21] ("Certain Defendants' Motion"), and as such requests that this Court dismiss Plaintiffs' claims against him or, alternatively, transfer venue, for the reasons set forth in Certain Defendants' Motion. A proposed Order is attached.

Dated: April 14, 2008

                                          Respectfully submitted,

                                          DRINKER BIDDLE & REATH LLP

                                          By: /s/ Brian A. Coleman
                                              Brian A. Coleman (D.C. Bar No. 459201)
                                              1500 K Street, N.W., Suite 1100
                                              Washington, D.C. 20005
                                              (202) 842-8800 Telephone
                                              (202) 842-8465 Facsimile
                                              brian.coleman@dbr.com

                                          *Counsel for Defendant Jack R. Bershad*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of April, 2008, a copy of the above and foregoing **Notice of Joinder in Motion to Dismiss or Transfer Venue** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Brian A. Coleman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON W. HILL, II, et al., )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>DENNIS M. DIFLORIO, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 08-cv-59 (RBW) |

## ORDER

UPON CONSIDERATION of Defendant Jack R. Bershad's Joinder in the Motion of Certain Defendants to Dismiss or Transfer Venue, any opposition thereto and any reply in support thereof, it is, this _____ day of _____, 2008,

ORDERED that each of Plaintiffs' claims against Defendant Jack R. Bershad be and hereby are DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE