# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VERNON W. HILL, II, et al.,**  )<br>  )<br>    **Plaintiffs,**  )<br>  )<br>  )<br>    v.  )<br>  )<br>**DENNIS M. DIFLORIO, et al.,**  )<br>  )<br>    **Defendants.**  )<br>  ) | Case No. 08-cv-59 (RBW) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF EDWARD M. POSNER

Pursuant to LCvR 83.2(d), Brian A. Coleman, counsel for Defendant Jack R. Bershad, respectfully moves this Court for an Order entering the appearance of Edward M. Posner, *pro hac vice*, on behalf of Defendant Jack R. Bershad in the above-captioned matter. In support thereof, the undersigned refers the Court to the attached declaration of Edward M. Posner containing the information required by LCvR 83.2(d).

Respectfully Submitted,

DRINKER BIDDLE & REATH LLP

By: */s/ Brian A. Coleman*
Brian A. Coleman (D.C. Bar No. 459201)
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
(202) 842-8800 Telephone
(202) 842-8465 Facsimile
brian.coleman@dbr.com

*Counsel for Defendant Jack R. Bershad*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2008, a copy of the above and foregoing Motion For Admission Pro Hac Vice Of Edward M. Posner, was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Brian A. Coleman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON W. HILL, II, et al., )<br>)<br>Plaintiffs, )<br>)<br>)<br>)<br>v. )<br>)<br>DENNIS M. DIFLORIO, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 08-cv-59 (RBW) |

### DECLARATION OF EDWARD M. POSNER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Edward M. Posner, hereby declare and state as follows:

1. My full name is Edward M. Posner. I submit this declaration in support of a motion under LCvR 83.2(d) to permit me to appear pro hac vice as counsel for Defendant Jack B. Bershad in this action.

2. I am a partner with Drinker Biddle & Reath LLP. My complete office address and contact information is as follows:

> Edward M. Posner
> Drinker Biddle & Reath LLP
> One Logan Square, 18th and Cherry Streets
> Philadelphia, PA 19103-6996
> (215) 988-2700  Telephone
> (215) 988-2757 Facsimile
> Edward.posner@dbr.com

3. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania. I have been admitted to practice before the following courts:

| Court | Date Admitted |
|---|---|
| Supreme Court of Pennsylvania | 10/16/1974 |
| United States Supreme Court | 03/23/1981 |
| U.S. Court of Appeals, Third Circuit | 09/09/1976 |
| U.S. Court of Appeals, Fourth Circuit | 09/19/1986 |
| U.S. Court of Appeals, Federal Circuit | 01/18/1983 |
| U.S. District Court, Eastern District of Pennsylvania | 01/31/1975 |
| U.S. District Court, Middle District of Pennsylvania | 12/23/1993 |

4.   I certify that no disciplinary proceedings currently are pending against me in any jurisdiction, nor have I been disciplined in any jurisdiction.

5.   I have not been admitted pro hac vice in this Court in the last two years.

6.   I do not practice law from an office located in the District of Columbia.

I declare under the penalty of perjury that the foregoing information is true and correct.

*Edward M. [signature]*
Edward M. Posner

April 16, 2008

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VERNON W. HILL, II, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | |
| v. ) | Case No. 08-cv-59 (RBW) |
| ) | |
| **DENNIS M. DIFLORIO, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of the Motion to Admit *Pro Hac Vice* Edward M. Posner it is hereby, this _____ day of _____, 2008, ORDERED that the Motion be, and is, hereby GRANTED.

                                                  REGGIE B. WALTON
                                       United States District Judge