UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VERNON W. HILL, II, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 08-cv-59 (RBW) |
| DENNIS M. DIFLORIO, et al., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE A REPLY IN FURTHER
SUPPORT OF THEIR MOTION TO DISMISS OR TRANSFER VENUE**

All fourteen defendants in this action hereby jointly submit this Motion for Enlargement of Time to File a Reply in Further Support of Their Motion to Dismiss or Transfer Venue. Pursuant to Local Civil Rule 7(m), Defendants have conferred with counsel for all Plaintiffs, and counsel for all Plaintiffs have stated that they do not object to this Motion.

The Complaint in this action raises thirteen claims, including breaches of contracts, state-law torts, a Copyright Act claim, and constitutional causes of action pursuant to *Bivens* v. *Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S. Ct. 1999 (1971). The fourteen Defendants include both institutions and individuals, and are represented by three different law firms.

Defendants responded to the Complaint on March 24, 2008 by filing their Motion to Dismiss or Transfer Venue.[1] Because of the complexity of the issues raised by

---

[1] That Motion, originally made by all Defendants other than Jack Bershad, was joined in by Defendant Bershad on April 14, 2008.

the Complaint and Defendants' opening brief, Plaintiffs moved on March 31, 2008 to extend the time in which to file their opposition brief to May 23, 2008, *i.e.*, 60 days from the date of the filing of the Motion to Dismiss or Transfer Venue. On April 3, 2008, this Court granted that extension and further ordered that Defendants' reply brief would be due on June 23, 2008. Defendants now also request additional time — specifically, an additional 30 days from the current due date to file their reply brief, *i.e.*, until July 23, 2008.

No previous deadline extension has been requested by any Defendant in this matter. The granting of this unopposed Motion will have no effect on previously scheduled deadlines, because there are no previously scheduled deadlines in this case.

Respectfully submitted,

/s/

| | |
|---|---|
| Edward M. Posner | Margaret K. Pfeiffer (D.C. Bar No. 358723) |
| DRINKER BIDDLE & REATH LLP | SULLIVAN & CROMWELL LLP |
| One Logan Square, 18th and Cherry Streets | 1701 Pennsylvania Avenue, N.W. |
| Philadelphia, Pennsylvania 19103-6996 | Washington, DC  20006-5085 |
| Tel.: (215) 988-2716 | Tel.: (202) 956-7500 |
| | |
| *Attorneys for Defendant* | Penny Shane |
| *Jack R. Bershad* | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, New York 10004 |
| | Tel.:  (212) 558-4000 |
| | |
| | Warren W. Faulk |
| | William M. Tambussi |
| | BROWN & CONNERY, LLP |
| | 360 Haddon Avenue, P.O. Box 539 |
| | Westmont, New Jersey 08108 |
| | Tel.: (856) 854-8900 |
| | |
| | *Attorneys for Defendants Other Than Jack R. Bershad* |

Dated:   Washington, D.C.
            June 11, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON W. HILL, II, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 08-cv-59 (RBW) |
| DENNIS M. DIFLORIO, et al., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for Enlargement of Time to File a Reply in Further Support of Their Motion to Dismiss or Transfer Venue, it is hereby this _____ day of _____, _____,

**ORDERED** that Defendants' Unopposed Motion for Enlargement of Time be, and hereby is, **GRANTED**. Defendants' reply in further support of their Motion to Dismiss or Transfer Venue shall be filed on July 23, 2008.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge