**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VERNON W. HILL, II, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  08-cv-59 (RBW) |
| | ) | |
| DENNIS M. DIFLORIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO ADD THE
TORONTO-DOMINION BANK AND TD BANK, N.A. AS DEFENDANTS**

To avoid a staggered schedule for filing oppositions to, and replies in further support of, plaintiffs' Motion to Add The Toronto-Dominion Bank and TD Bank, N.A. as Defendants ("Plaintiffs' Motion to Add Defendants"), all fourteen current defendants in this action hereby submit this Unopposed Motion for Enlargement of Time to Respond. Pursuant to Local Civil Rule 7(m), defendants have conferred with counsel for all plaintiffs, and counsel for all plaintiffs have stated that they do not object to this Motion.

Plaintiffs' Motion to Add Defendants invokes Fed. R. Civ. P. 25 ("Substitution of Parties"), and seeks to add as defendants The Toronto-Dominion Bank and TD Bank, N.A. (collectively, "TD").  Plaintiffs filed their Motion to Add Defendants on June 12, 2008, thereby automatically effecting service that day on the current defendants. As plaintiffs agree, however, Fed. R. Civ. P. 25 requires that they separately serve their Motion to Add Defendants on TD pursuant to Fed. R. Civ. P. 4, which governs procedures for serving an initial summons and complaint.  Fed R. Civ. P. 4 provides an extended period before a response is due.  Thus, while the due date for any oppositions by the current

defendants may be as soon as June 26, 2008, *see* Loc. R. 7(b), TD's oppositions to the very

same motion would be due at a later date. *See* Fed. R. Civ. P. 4. Plaintiffs' replies, similarly,

would be due on different dates.

To avoid the burdens and inefficiencies of a staggered schedule for

oppositions and replies, the current defendants respectfully suggest that any oppositions by

them should be due on the same day that TD's oppositions are due. (At the time of this

filing, the due date for TD's oppositions had not been determined.) The due date for any

replies by plaintiffs would then be based on that single opposition date.

The granting of this Unopposed Motion will have no effect on previously

scheduled deadlines in this case. Defendants have previously been granted one extension, in

connection with a distinct motion.

Respectfully submitted,

|  |  |
|---|---|
|  | /s/ |
| Edward M. Posner | Margaret K. Pfeiffer (D.C. Bar No. 358723) |
| DRINKER BIDDLE & REATH LLP | SULLIVAN & CROMWELL LLP |
| One Logan Square, 18th and Cherry Streets | 1701 Pennsylvania Avenue, N.W. |
| Philadelphia, Pennsylvania 19103-6996 | Washington, DC 20006-5085 |
| Tel.: (215) 988-2716 | Tel.: (202) 956-7500 |
| | |
| *Attorneys for Defendant* | Penny Shane |
| *Jack R. Bershad* | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, New York 10004 |
| | Tel.: (212) 558-4000 |
| | |
| | William M. Tambussi |
| | BROWN & CONNERY, LLP |
| | 360 Haddon Avenue, P.O. Box 539 |
| | Westmont, New Jersey 08108 |
| | Tel.: (856) 854-8900 |
| | |
| | *Attorneys for Defendants Other* |
| | *Than Jack R. Bershad* |

Dated:    Washington, D.C.
          June 25, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| VERNON W. HILL, II, et al.,                    ) | |
|                                                ) | |
|                        Plaintiffs,            ) | |
|                                                ) | |
|              v.                                ) | Case No.  08-cv-59 (RBW) |
|                                                ) | |
| DENNIS M. DIFLORIO, et al.,                    ) | |
|                                                ) | |
|                        Defendants.            ) | |
| _____ ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Enlargement of Time to Respond to Plaintiffs' Motion to Add The Toronto-Dominion Bank and TD Bank, N.A. as Defendants, it is hereby this _____ day of _____, _____,

**ORDERED** that Defendants' Unopposed Motion for Enlargement of Time be, and hereby is, **GRANTED**.  Defendants' oppositions to Plaintiffs' Motion to Add The Toronto-Dominion Bank and TD Bank, N.A. as Defendants shall be due on the same date that oppositions by The Toronto-Dominion Bank and TD Bank, N.A. are due.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge