UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VERNON W. HILL, II, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  08-cv-59 (RBW) |
| | ) | |
| DENNIS M. DIFLORIO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO FILE A REPLY IN FURTHER
SUPPORT OF THEIR MOTION TO DISMISS OR TRANSFER VENUE**

In furtherance of ¶ 7 of this Court's General Order and Guidelines for Civil Cases ("In order to reduce litigation expenses …, it is desirable that settlement occur as early as possible in the litigation process"), the parties are now in the midst of discussions which they believe may lead to settlement.  In order to avoid burdening the Court and the parties with further briefing that is likely to be unnecessary, all fourteen defendants in this action hereby jointly submit — with the consent of all Plaintiffs — this Motion for Enlargement of Time to File a Reply in Further Support of Their Motion to Dismiss or Transfer Venue.  The current due date for the Reply is July 23, 2008.

Defendants request an extension of 45 days from the current due date to file their Reply, *i.e.*, until September 6, 2008.  As the parties have noted to the Court previously, the thirteen claims in this action and the defenses thereto raise substantial issues.  Thus, the burden and expense required to complete briefing of Defendants' Motion to Dismiss or Transfer Venue would not be insignificant.

-2-

       The granting of this Unopposed Motion will have no effect on previously scheduled deadlines.  Defendants have previously been granted one extension, of 30 days, in connection with the aforementioned Reply, and one extension in connection with a distinct motion.

                                          Respectfully submitted,

                                          /s/

| | |
|---|---|
| Edward M. Posner<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, 18th and Cherry Streets<br>Philadelphia, Pennsylvania 19103<br>Tel.:  (215) 988-2716<br><br>*Attorneys for Defendant*<br>*Jack R. Bershad* | Margaret K. Pfeiffer (D.C. Bar No. 358723)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006<br>Tel.:  (202) 956-7500<br><br>Penny Shane<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Tel.:  (212) 558-4000<br><br>William M. Tambussi<br>Susan M. Leming<br>BROWN & CONNERY, LLP<br>360 Haddon Avenue, P.O. Box 539<br>Westmont, New Jersey 08108<br>Tel.:  (856) 854-8900<br><br>*Attorneys for Defendants Other*<br>*Than Jack R. Bershad* |

Dated:    Washington, D.C.
             July 16, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON W. HILL, II, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 08-cv-59 (RBW) |
| DENNIS M. DIFLORIO, et al., | ) |
| Defendants. | ) |

# [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for Enlargement of Time to File a Reply in Further Support of Their Motion to Dismiss or Transfer Venue, it is hereby this _____ day of _____, 2008,

**ORDERED** that Defendants' Unopposed Motion be, and hereby is, **GRANTED**. Defendants' Reply in further support of their Motion to Dismiss or Transfer Venue shall be due on September 6, 2008.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge