UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERNON W. HILL, II, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:08-cv-00059 (RBW) |
| ) | |
| DENNIS M. DIFLORIO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to the Minute Order entered by the Court on July 28, 2008, the parties hereby submit this Joint Status Report.

On July 28, 2008, the Court stayed the above-captioned matter and directed the parties to submit a Joint Status Report indicating: "(1) whether they wish to participate in the Court's mediation program or, alternatively, seek referral of this case to a magistrate judge for settlement negotiations, and (2) whether they wish to continue settlement negotiations in general or to vacate the stay of this case and resume active litigation."

The parties hereby report that, at this time, they wish to continue negotiations regarding settlement, and that they do not wish to resume active litigation in this matter. Furthermore, at this time, the parties wish to seek referral of this matter to the magistrate for settlement negotiations.

Respectfully submitted

/s/
_____
Andrew L. Sandler (D.C. Bar No. 387825)
Edward J. Meehan (D.C. Bar No. 413993)
Joseph L. Barloon (D.C. Bar No. 459626)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
Tel.:  (202) 371-7000

*Attorneys for Plaintiff Vernon W. Hill, II*

/s/
_____
F. Joseph Warin (D.C. Bar No. 235978)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Tel.:  (202) 995-8500

*Attorneys for Plaintiffs Shirley Hill and InterArch, Inc.*

/s/
_____
Margaret K. Pfeiffer (D.C. Bar No. 358723)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC  20006
Tel.:  (202) 956-7500

Penny Shane
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel.:  (212) 558-4000

William M. Tambussi
Susan M. Leming
BROWN & CONNERY, LLP
360 Haddon Avenue, P.O. Box 539
Westmont, New Jersey 08108
Tel.: (856) 854-8900

*Attorneys for Defendants Other Than Jack R. Bershad*

                              /s/

Brian A. Coleman (D.C. Bar No. 459201)
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Tel.: (202) 842-8800

Edward M. Posner
DRINKER BIDDLE & REATH LLP
One Logan Square, 18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Tel.: (215) 988-2716

*Attorneys for Defendant Jack R. Bershad*