REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)       CATEGORY:   "L"

| CAUSE OF ACTION: | 28:1331 Federal Question: Other Civil Rights | | | |
|---|---|---|---|---|
| CASE NO: 08-0059 | DATE REFERRED: September 2, 2008<br><br>DISPOSITION DATE: | PURPOSE: Settlement Negotiation | JUDGE: REGGIE B. WALTON | MAG. JUDGE |

| PLAINTIFF(S): <br> VERNON W. HILL, II, ET AL. | DEFENDANT(S): <br> DENNIS M. DIFLORIO |
|---|---|

ENTRIES:

Case is referred to a magistrate judge for purposes of settlement negotiation from September 8, 2008, until December 8, 2008.