UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
VERNON W. HILL, II, et al.,         )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Civil Action No. 08-59  (RBW)
                                    )
DENNIS M. DIFLORIO, et al.,         )
                                    )
            Defendants.             )
_____)

**ORDER**

In accordance with the oral rulings of the Court issued at the conclusion of the hearing held on June 30, 2009, regarding the merits of the Motion of Certain Defendants to Dismiss or Transfer Venue filed on March 24, 2008, and joined by Jack R. Bershad on April 14, 2008, it is

**ORDERED** that the defendants' motion to dismiss or transfer is **GRANTED** with respect to the plaintiffs' request for transfer of this case and **DENIED** with respect to the plaintiffs' request for dismissal of this case. It is further

**ORDERED** that this case is transferred to the United States District Court for the District of New Jersey. It is further

**ORDERED** that the docket for this case is **CLOSED**.

**SO ORDERED** this 30th day of June, 2009.

                                            REGGIE B. WALTON
                                            United States District Judge